UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                        CR No. 03-78

RALPH QUINONES

### ORDER DENYING MOTION TO RUN SENTENCES CONCURRENT

     Defendant's Motion to Run Sentences Concurrent Pursuant to 18 U.S.C. § 3584(a) - Nunc Pro Tunc is denied for the reasons set forth in the government's response to his motion.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: Dec. 21, 2005