UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 03-78

RALPH QUINONES

**ORDER DENYING MOTION TO RUN SENTENCES CONCURRENT**

Defendant's Motion to Run Sentences Concurrent Pursuant to 18 U.S.C. § 3584(a)- Nunc Pro Tunc is denied for the reasons set forth in the government's response to his motion.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Dec. 21, 2005